UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL K. SHEELEY,

    Plaintiff,

vs.                                     Case No.   2:04-cv-489-FtM-33SPC

COLONIAL BANK, REYNOLDS, SMITH AND
HILLS, INC., and OWEN-AMES-KIMBALL,
CO. ,

    Defendants,
_____

COLONIAL BANK,

    Third-Party Plaintiff

vs.

ALANDA, LTD. and ALANDA CORP.,

    Third-Party Defendants,
_____

ALANDA, LTD. and ALANDA CORP.,

    Fourth-Party Plaintiffs

vs.

SHEELEY ARCHITECTS, INC.,

    Fourth-Party Defendant.
_____/

## ORDER

This matter comes before the Court upon the filing of a Motion to Dismiss Complaint (Doc. #12) by Defendant Reynolds, Smith and Hills, Inc. on December 8, 2004. On December 13, 2004, Michael Sheeley filed an Unopposed Motion to Extend Time to Respond to Motion to Dismiss (Doc. #17), which the Court granted

(Doc. #20). Sheeley filed an Amended Complaint (Doc. #40) on February 4, 2005.

Reynolds' Motion to Dismiss seeks dismissal of Counts I and II of the Complaint (Doc. #1). Because the Amended Complaint does not include Count II of the original Complaint, Reynolds' motion to dismiss Count II will be denied as moot. The Amended Complaint does, however, retain Count I of the original Complaint, in which Sheeley seeks damages based on federal copyright infringement, and therefore the Court will consider the portion of the Motion to Dismiss related to Count I.

Reynolds argues dismissal of Count I is appropriate because the Court lacks subject matter jurisdiction and Sheeley has failed to state a claim upon which relief can be granted. Reynolds claims that the architectural work at issue is owned and authored by Sheeley Architects, Inc., not Michael Sheeley (Doc. #12 at 5). Because Michael Sheeley was not the author or owner, argues Reynolds, Michael Sheeley cannot state a claim for violation of federal copyright rights, and if he cannot state a viable federal claim, this Court lacks subject matter jurisdiction over the matter (Doc. #12).

The Amended Complaint, unlike the original Complaint, alleges that Michael Sheeley and Sheeley Architects, Inc. agreed that Michael Sheeley would individually "own and retain all right, title and interest, including any copyrights, renewals and

2

revisions, in any and all architectural works or designs" he created or prepared. (Doc. #40 at ¶8.) The alleged agreement between Michael Sheeley and Sheeley Architects, Inc. is attached to the Amended Complaint as Exhibit A. (Doc. #40 at ¶8 and Ex. A.) The Certificate of Registration of the copyright of the work at issue is attached to the Amended Complaint as Exhibit B. (Doc. #40 at ¶11 and Ex. B.)

In deciding a motion to dismiss, the Court accepts the facts of the complaint as true and views them in the light most favorable to the non-moving party. See Magluta v. Samples, 375 F.3d 1269, 1273 (11th Cir. 2004)(citing Hawthorne v. Mac Adjustment, Inc., 140 F.3d 1367, 1370 (11th Cir. 1998)). Dismissal of a count for failure to state a claim is appropriate where "it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." 75 Acres, LLC v. Miami-Dade County, Fla., 338 F.3d 1288, 1293 (11th Cir. 2003)(citing Conley v. Gibson, 355 U.S. 41, 45-46 (1957)).

Because the Amended Complaint alleges that Michael Sheeley is author and owner of the work at issue, the work at issue is covered by a valid copyright, and the Defendants copied original elements of the work, Sheeley has established a *prima facie* case of copyright infringement. See 17 U.S.C. §501 (2005); Leigh v. Warner Bros., Inc., 212 F.3d 1210, 1214 (11th Cir. 2000).

Dismissal is therefore inappropriate under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted. Additionally, because Sheeley has established a *prima facie* case for a violation of a federal law, this Court has subject matter jurisdiction under 28 U.S.C. §1331 and dismissal for lack of subject matter jurisdiction is likewise inappropriate.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

The Motion to Dismiss Complaint (Doc. #12) filed by Defendant Reynold, Smith and Hill, Inc. is **DENIED.**

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 17th day of June, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of record

4